C:\DOCUMENTS AND SETTINGS\ATY330\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK14\APPL PRO HAC VICE 061907 MLP.DOC6/19/07

FILED

1 | BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar No. 104620)
2201 BROADWAY, SUITE 803
2 | OAKLAND, CA 94612
TELEPHONE: 510-444-2404
3 | FACSIMILE: 510-444-1291
EMAIL: MLP@LEADER-PICONE.COM

2007 JUN 25 PM 2:3[?]

E-filing

4

5 | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, L.L.P.
JEANNE L. BAKKER, ESQ.
AVENUE OF THE ARTS
6 | 123 S. BROAD STREET
PHILADELPHIA, PA 19109
7 | TELEPHONE: 215-772-7521
FACSIMILE: 215-772-7620
8 | EMAIL: JBAKKER@MMWR.COM

9 | Local and *Pro Hac Vice* Attorneys for Defendants
CELANESE AMERICAS RETIREMENT
10 | PLANS SERVICE CENTER; et al.

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | OAKLAND DIVISION

15 | ROBERT SQUIRES, SR.                    ) No. C07-03325
16 |     Plaintiff,                         )
                                            ) *Upon Removal of Case from the Alameda*
17 | vs.                                    ) *Superior Court, Case No. VS07325247*
                                            ) APPLICATION OF JEANNE L.
18 | CELANESE AMERICAS RETIREMENT           ) BAKKER, ESQ. OF THE LAW FIRM
    PLANS SERVICE CENTER, CELANESE          ) OF MONTGOMERY, MCCRACKEN,
19 | AMERICAS CORPORATION, and               ) WALKER & RHOADS, L.L.P. TO
    CELANESE AMERICAS CORPORATION           ) REPRESENT DEFENDANTS *PRO HAC*
20 | RETIREMENT PENSION PLAN,                ) *VICE*.
                                            )
21 |     Defendants.                        )
                                            )
22 |                                        )
                                            )
23 | _____)

BY FAX

24 | **TO THE ABOVE-ENTITLED COURT AND TO PLAINTIFF:**

25 | **PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 11-3 of the United

26 | States District Court for the Northern District of California, attorney JEANNE L. BAKKER, Esq.

27 | of the law firm of MONTGOMERY, MCCRACKEN, WALKER & RHOADS, L.L.P. request leave of

NOTICE OF REMOVAL                                                         No. _____
                                        -1-

C:\DOCUMENTS AND SETTINGS\ATY330\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK14\APPL PRO HAC VICE 061907 MLP.DOC6/19/07

1. Court to represent the defendants, Celanese Americas Retirement Plans Service Center ("Service Center"), Celanese Americas Corporation ("Celanese"), and the Celanese Americas Corporation Retirement Pension Plan ("Plan") (collectively "defendants"), *pro hac vice* in this action.

In accordance with Civil L.R. 11-3, JEANNE L. BAKKER, ESQ. of the law firm of MONTGOMERY, MCCRACKEN, WALKER & RHOADS, L.L.P. in Philadelphia, Pennsylvania, avers as follows:

1. She is an active member in good standing of the bar of a United States Court and of the highest court of the State of Pennsylvania;

2. She agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and,

3. Malcolm Leader-Picone, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel.

**WHEREFORE**, Jeanne L. Bakker, Esq. makes the foregoing representations under penalty of perjury under the laws of the United States of America, and she requests leave of the Court to appear as counsel for defendants *pro hac vice*.

DATED: June 19, 2007.                                              /s/ Jeanne L. Bakker
                                                                         JEANNE L. BAKKER, Esq.

DATED: June 20, 2007.          BARTLETT, LEADER-PICONE & YOUNG, LLP

                               BY: /s/ Malcolm Leader-Picone
                                   MALCOLM LEADER-PICONE *(No. 104620)*
                                   Attorneys for Defendants
                                   CELANESE AMERICAS RETIREMENT PLANS
                                   SERVICE CENTER, CELANESE AMERICAS
                                   CORPORATION, and CELANESE AMERICAS
                                   CORPORATION RETIREMENT PENSION PLAN

C:\DOCUMENTS AND SETTINGS\ATY330\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK14\APPL PRO HAC VICE 061907 MLP.DOC6/19/07

## PROOF OF SERVICE BY MAIL

I, Malcolm Leader-Picone, declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within action. My business address is 2201 Broadway, Suite 803, Oakland, CA 94612. On June 22, 2007, I served the following document(s) entitled:

**APPLICATION OF JEANNE L. BAKKER, ESQ. OF THE LAW FIRM OF MONTGOMERY, MCCRACKEN, WALKER & RHOADS, L.L.P. TO REPRESENT DEFENDANTS *PRO HAC VICE*.**

upon the following person(s) in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Oakland, California addressed as follows:

> Robert Squires, Sr.
> 3111 Paseo Granada
> Pleasanton, CA 94566

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on June 22, 2007.

_____
Malcolm Leader-Picone

PROOF OF SERVICE                                                No. _____