IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT SQUIRES, SR.,

    Plaintiff,

v.

CELANESE AMERICANS RETIREMENT
PLANS SERVICE CENTER,

    Defendant.
_____/

No. C 07-03325 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff Robert Squires' opposition to defendant's motion to dismiss was due on July 26, 2007. No opposition has been received. Plaintiff may file a late opposition provided he asks for permission from the Court.

    The Court hereby issues an **ORDER TO SHOW CAUSE** as to why defendant's motion to dismiss should not be granted and this action should not be dismissed.

    Plaintiff is ordered to appear at the hearing on **THURSDAY, AUGUST 16, 2007, AT 8:00 A.M.** If he fails to do so, defendant's motion to dismiss will be granted.

    **IT IS SO ORDERED.**

Dated: July 30, 2007.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE