IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SQUIRES, SR., | No. C 07-03325 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| CELANESE AMERICANS RETIREMENT PLANS SERVICE CENTER, | |
| Defendant. | |

Plaintiff Robert Squires' opposition to defendant's motion to dismiss was due on July 26, 2007. No opposition has been received. Plaintiff may file a late opposition provided he asks for permission from the Court.

The Court hereby issues an **ORDER TO SHOW CAUSE** as to why defendant's motion to dismiss should not be granted and this action should not be dismissed.

Plaintiff is ordered to appear at the hearing on **THURSDAY, AUGUST 16, 2007, AT 8:00 A.M.** If he fails to do so, defendant's motion to dismiss will be granted.

**IT IS SO ORDERED.**

Dated: July 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE