IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SQUIRES,<br><br>    Plaintiff,<br><br>  v.<br><br>CELANESE AMERICAS RETIREMENT PLANS, et al.,<br><br>    Defendant.<br>                                   / | No. C 07-03325 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss and the Order to Show Cause Hearing previously set for August 16, 2007 at 8:00 a.m. have been rescheduled for **August 16, 2007 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 8, 2007                            FOR THE COURT,

                                                                     Richard W. Wieking, Clerk
                                                                       By:_____
                                                                         Dawn Toland
                                                                         Courtroom Deputy to the
                                                                         Honorable William Alsup