UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SQUIRES, SR.,

        Plaintiff,

 v.

CELANESE AMERICANS RETIREMENT
PLANS SERVICE CENTER et al,

        Defendant.

Case Number: CV07-03325 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeanne L. Bakker
Montgomery McCracken Walker & Rhoads, LLP
Avenue of the Arts
123 S. Broad Street
Philadelphia, PA 19109

Robert Squires
3111 Paseo Granada
Pleasanton, CA 94566

Dated: August 8, 2007

                                      Richard W. Wieking, Clerk
                                      By: Dawn Toland, Deputy Clerk