United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SQUIRES, SR., <br><br> Plaintiff, <br><br> v. <br><br> CELANESE AMERICANS RETIREMENT PLANS SERVICE CENTER, CELANESE AMERICAS CORPORATION, and CELANESE AMERICAS CORPORATION RETIREMENT PENSION PLAN, <br><br> Defendants. | No. C 07-03325 WHA <br><br> **ORDER RE HEARING ON MOTION TO DISMISS** |

Because the undersigned is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

**IT IS SO ORDERED.**

Dated: August 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE