IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SQUIRES, SR.,<br><br>Plaintiff,<br><br>v.<br><br>CELANESE AMERICANS RETIREMENT PLANS SERVICE CENTER, CELANESE AMERICAS CORPORATION, and CELANESE AMERICAS CORPORATION RETIREMENT PENSION PLAN,<br><br>Defendants.<br>_____/ | No. C 07-03325 WHA<br><br>**ORDER RE HEARING ON MOTION TO DISMISS** |

Because the undersigned is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

**IT IS SO ORDERED.**

Dated: August 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE