BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar No. 104620)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: 510-444-2404
FACSIMILE: 510-444-1291
EMAIL: MLP@LEADER-PICONE.COM

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, L.L.P.
JEANNE L. BAKKER, ESQ.
AVENUE OF THE ARTS
123 S. BROAD STREET
PHILADELPHIA, PA 19109
TELEPHONE: 215-772-7521
FACSIMILE: 215-772-7620
EMAIL: JBAKKER@MMWR.COM

Local and *Pro Hac Vice* Attorneys for Defendants
CELANESE AMERICAS RETIREMENT
PLANS SERVICE CENTER; et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ROBERT SQUIRES, SR.<br><br>    Plaintiff,<br><br>vs.<br><br>CELANESE AMERICAS RETIREMENT PLANS SERVICE CENTER, CELANESE AMERICAS CORPORATION, and CELANESE AMERICAS CORPORATION RETIREMENT PENSION PLAN,<br><br>    Defendants. | No. C07-03325 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO F.R.C.P. Rule 12(b)(6) AND CONSENT OF PLAINTIFF.**<br><br>Date: August 16, 2007<br>Time: 8:00 a.m.<br>Ctrm.: 9, 19th Floor<br><br>Hon. William H. Alsup<br>U.S. District Court Judge |

**ORDER**

Defendants, Celanese Americas Retirement Plans Service Center ("Service Center"), Celanese Americas Corporation ("Celanese"), and the Celanese Americas Corporation Retirement Pension Plan ("Plan") (collectively "Defendants"), moved the Court to dismiss the pending action

---

**[PROPOSED] ORDER GRANTING**
**MOTION TO DISMISS**      No. C07-03325 WHA

1. pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Plaintiff had failed
2. to exhaust his administrative remedies under the ERISA plan at issue. By a document served on August
3. 10, 2007, plaintiff Robert Squires concurred in the motion to dismiss.
4.   Therefore, based upon the moving papers and plaintiff's concurrence, and for good cause
5. appearing, the Court finds that Plaintiff has failed to exhaust his administrative remedies under the
6. ERISA plan that is at issue. Accordingly, Plaintiff's claim is hereby dismissed.
7.   **SO ORDERED.**
8. DATED: _____.

             _____
             HON. WILLIAM H. ALSUP
             U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**PROOF OF SERVICE** No. C07-03325 WHA