**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 16, 2007

Case No.  C 07-03325 WHA

Title: ROBERT SQUIRES  v.  CELANESE AMERICAS RETIREMENT PLANS

Plaintiff Attorneys: Pro Per

Defense Attorneys: Malcolm Leader-Picone

Deputy Clerk:  Dawn Toland              Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   Dft's Motion to Dismiss - HELD

2)   OSC - NOT HELD


Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Plaintiff does not oppose the motion to dismiss.  Court signed an order granting the motion.