BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE *(State Bar No. 104620)*
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: 510-444-2404
FACSIMILE: 510-444-1291
EMAIL: MLP@LEADER-PICONE.COM

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, L.L.P.
JEANNE L. BAKKER, ESQ.
AVENUE OF THE ARTS
123 S. BROAD STREET
PHILADELPHIA, PA 19109
TELEPHONE: 215-772-7521
FACSIMILE: 215-772-7620
EMAIL: JBAKKER@MMWR.COM

Local and *Pro Hac Vice* Attorneys for Defendants
CELANESE AMERICAS RETIREMENT
PLANS SERVICE CENTER; et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ROBERT SQUIRES, SR. | ) No. C07-03325 WHA |
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER GRANTING** |
| | ) **MOTION TO DISMISS PURSUANT TO** |
| | ) **F.R.C.P. Rule 12(b)(6) AND CONSENT** |
| CELANESE AMERICAS RETIREMENT | ) **OF PLAINTIFF.** |
| PLANS SERVICE CENTER, CELANESE | ) |
| AMERICAS CORPORATION, and | ) Date: August 16, 2007 |
| CELANESE AMERICAS CORPORATION | ) Time: 8:00 a.m. |
| RETIREMENT PENSION PLAN, | ) Ctrm.: 9, 19th Floor |
| Defendants. | ) |
| | ) Hon. William H. Alsup |
| | ) U.S. District Court Judge |

**ORDER**

Defendants, Celanese Americas Retirement Plans Service Center ("Service Center"), Celanese Americas Corporation ("Celanese"), and the Celanese Americas Corporation Retirement Pension Plan ("Plan") (collectively "Defendants"), moved the Court to dismiss the pending action

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Plaintiff had failed to exhaust his administrative remedies under the ERISA plan at issue. By a document served on August 10, 2007, plaintiff Robert Squires concurred in the motion to dismiss.

Therefore, based upon the moving papers and plaintiff's concurrence, and for good cause appearing, the Court finds that Plaintiff has failed to exhaust his administrative remedies under the ERISA plan that is at issue. Accordingly, Plaintiff's claim is hereby dismissed.

**SO ORDERED.**

DATED:  August 16, 2007  .

_____
HON. WILLIAM H. ALSUP
U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**PROOF OF SERVICE** No. C07-03325 WHA